DORLAND v. FIDELITY DEVELOPMENT CO. et al. (ROBIN, Intervener).

(Supreme Court, Appellate Division, First Department.   February 13, 1914.)

APPEAL AND ERROR (§ 91*)—RIGHT TO APPEAL.

    An order granting a motion for leave to intervene as a defendant will be affirmed on appeal, if the order does not affect a substantial right of the defendants appealing therefrom.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 612–641;   Dec. Dig. § 91.*]

Appeal from Special Term, New York County.

Action by Louise M. Dorland, a creditor, on behalf of herself, against the Fidelity Development Company, impleaded with others.   From an order granting a motion of Joseph G. Robin for leave to intervene, the Development Company and others appeal.   Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Robert McC. Marsh, of New York City, for appellants.

Robert D. Ireland, of New York City, for respondent.

PER CURIAM.   The order appealed from is affirmed, with $10 costs and disbursements, upon the ground that the order granted does not affect a substantial right of the appellants.